# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

TOBY BOYCE, Derivatively on Behalf of
Nominal Defendant SPRUCE POWER
HOLDING CORPORATION,

     Plaintiff,

  v.

JONATHAN J. LEDECKY, BRIAN PIERN,
THOMAS J. HYNES III, DIMITRI N.
KAZARINOFF, JAMES H.R. BRADY, KEVIN
GRIFFIN, CHRISTOPHER M. HAYES,
SARAH SCLARSIC, DEBORA M. FRODL,
NIHARIKA T. RAMDEV, DECLAN P.
FLANAGAN, EFRAT EPSTEIN, and
KATRINA ADAMS,

     Defendants,

  and

SPRUCE POWER HOLDING
CORPORATION,

     Nominal Defendant.

Case No. 1:23-cv-08591-JLR

**JOINT STIPULATION OF VOLUNTARY DISMISSAL AND [PROPOSED] ORDER**

WHEREAS, pursuant to Fed. R. Civ. P. 23.1(c) ("Rule 23.1"), Plaintiff and Defendants (collectively, the "Parties") hereby jointly agree that the Action should be dismissed without prejudice as to the named Plaintiff only; and

WHEREAS, no compensation in any form has passed directly or indirectly from any of the Defendants to the Plaintiff or counsel for Plaintiff, and no promise to give any such compensation has been made.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the Parties,

through their undersigned counsel, subject to the approval of the Court, as follows:

    1.        Pursuant to Fed. R. Civ. P. 23.1(c), the Action is dismissed without prejudice.

    2.        Due to the related shareholder derivative actions *Kay v. Frodl, et al.*, C.A. No. 22-cv-10977 (D. Mass.) and *In re Spruce Holding Corp. S'holder Deriv. Litig.*, C.A. No. 1:23-cv-00289 (D. Del.), absent shareholders will not be prejudiced and therefore, notice of dismissal pursuant to Rule 23.1 to Spruce Power Holding Corporation shareholders is not necessary.

    3.        The Parties agree to each bear their own costs.


Dated: March 25, 2024                Respectfully submitted,

                                By:  */s/ Joshua M. Lifshitz*

                                Joshua M. Lifshitz
                                **LIFSHITZ LAW PLLC**
                                1190 Broadway
                                Hewlett, New York 11557
                                Telephone: (516) 493-9780
                                Facsimile: (516) 280-7376

                                *Attorneys for Plaintiff*


                                TROUTMAN PEPPER
                                HAMILTON SANDERS LLP

                                */s/ Ghillaine A. Reid*
                                Ghillaine A. Reid
                                875 Third Avenue
                                New York, NY 10022
                                (212) 704-6000
                                Ghillaine.Reid@troutman.com

                                Jay A. Dubow (*admitted pro hac vice*)
                                Erica H. Dressler (*admitted pro hac vice*)
                                3000 Two Logan Square
                                Eighteenth & Arch Streets
                                Philadelphia, PA 19103
                                (215) 981-4713

Jay.Dubow@troutman.com
Erica.Dressler@troutman.com

*Attorneys for Nominal Defendant Spruce Power Holding Corporation and Defendants Brian Piern, Christopher M. Hayes, Debora M. Frodl, Niharika T. Ramdev, and Declan P. Flanagan*

WILLKIE FARR & GALLAGHER LLP

*/s/ Matthew Freimuth*
Matthew Freimuth
Melissa Taustine
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
mfreimuth@willkie.com
mtaustine@willkie.com

Kristin E. Bender
1875 K Street, N.W.
Washington, DC 20006
Telephone: (202) 303-1000
kbender@willkie.com

*Counsel for Defendants Jonathan J. Ledecky, James H.R. Brady, Kevin Griffin, Sarah Sclarsic, Efrat Epstein, and Katrina Adams*

McDERMOTT WILL & EMERY LLP

*/s/ Caitlyn Campbell*
Caitlyn Campbell
200 Clarendon Street, Floor 58
Boston, MA 02116-5021
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
Email: ccampbell@mwe.com

Paul Helms (*Admitted Pro Hac Vice*)
444 West Lake Street, Suite 4000
Chicago, IL 60606-0029
Telephone: (312) 372-2000

Facsimile: (312) 984-7700
Email: phelms@mwe.com

*Counsel for Defendant Dimitri Kazarinoff*

ROPES & GRAY LLP

/s/ Peter Welsh
Peter Welsh
Prudential Tower
800 Boylston Street,
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
Email: peter.welsh@ropesgray.com

Ethan Weinberg
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Email: ethan.weinberg@ropesgray.com

*Counsel for Defendant Thomas J. Hynes III*

SO ORDERED this  25th  day of March, 2024

The Clerk of Court is respectfully
directed to terminate the pending
motions and close the case.

*Jennifer Rochon*

Judge Jennifer L. Rochon